**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24544−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Andrea Watson−Lindsey
   fka Andrea C Watson, fka Andrea C Griffin
   2541 Allequippa Street
   Pittsburgh, PA 15213

Social Security No.:
   xxx−xx−3572

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR<br>Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235<br>Telephone number:  412−235−1721 | NAME/ADDRESS OF TRUSTEE<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>March 2, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>March 2, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/7/20

BY THE COURT

Gregory L. Taddonio
Judge

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                Case No. 19-24544-GLT
Andrea Watson-Lindsey                                                 Chapter 13
        Debtor                          CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy                Page 1 of 2           Date Rcvd: Feb 07, 2020
                              Form ID: rsc13            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db            +Andrea Watson-Lindsey,    2541 Allequippa Street,    Pittsburgh, PA 15213-2308
cr            +City and School District of Pittsburgh,    437 Grant Street 14th Floor,    Frick Building,
                Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr            +County of Allegheny,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
                Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr            +Pittsburgh Water & Sewer Authority,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
                Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15162061      +Aes/pnc Bank,    Pob 61047,    Harrisburg, PA 17106-1047
15176258      +Carnegie Library of Pittsburgh,    C/O Jordan Tax,    PO Box 200,    Bethel Park, PA 15102-0200
15176259      +City Of Pittsburgh,    C/O Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
15195214      +City of Pittsburgh & School District of Pittsburgh,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15176261      +County of Allegheny,    C/O Jordan Tax Service, Inc.,    PO Box 200,    Bethel Park, PA 15102-0200
15195211      +County of Allegheny,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh PA 15219-6101
15162065      +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15162067      +Jpmcb Hl,    700 Kansas Lane,    Monroe, LA 71203-4774
15176264      +PGH20,    1200 Penn Avenue,    Pittsburgh, PA 15222-4207
15172911      +PHEAA,    PO BOX 8147,    HARRSBURG PA 17105-8147
15162068      +Pheaa,    Pob 61017,    Harrisburg, PA 17106-1017
15176266      +Pittsburgh School District,    C/O Jordan Tax Service,    PO Box 200,
                Bethel Park, PA 15102-0200
15194223      +Pittsburgh Water and Sewer Authority,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15162069      +Preferred Cr,    Pob 1679,    St Cloud, MN 56302-1679
15162070       Soc Sec Admin Office O,    155-10 Jamaica Ave,    Jamaica, NY 11432
15162071      +U S Dept Of Ed/Gsl/Atl,    Po Box 5609,    Greenville, TX 75403-5609
15184728       UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15185280       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15162072      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2020 02:49:14      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 08 2020 02:48:47
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
15172246       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 08 2020 02:48:47
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
15162062      +E-mail/Text: ally@ebn.phinsolutions.com Feb 08 2020 02:48:35      Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
15162063      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 08 2020 02:49:48
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
15162064      +E-mail/Text: bankruptcy@clearviewfcu.org Feb 08 2020 02:49:20      Clearview Federal Cu,
                 8805 University Blvd,    Coraopolis, PA 15108-4212
15188666      +E-mail/Text: kburkley@bernsteinlaw.com Feb 08 2020 02:50:06      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15190415      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 08 2020 02:49:48
                 Federal National Mortgage Association, et al,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce de Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
15162066      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 08 2020 02:48:47      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
15178126       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2020 02:49:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing
cr             Bayview Loan Servicing, LLC
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15172360*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
15176255*     +Aes/pnc Bank,    Pob 61047,    Harrisburg, PA 17106-1047
15176256*     +Ally Financial,    P.o. Box 380901,    Bloomington, MN 55438-0901
15176257*     +Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
15176260*     +Clearview Federal Cu,    8805 University Blvd,    Coraopolis, PA 15108-4212
15176262*     +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15176263*     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
```

```
District/off: 0315-2          User: culy              Page 2 of 2              Date Rcvd: Feb 07, 2020
                              Form ID: rsc13          Total Noticed: 33

            ***** BYPASSED RECIPIENTS (continued) *****
15176265*      +Pheaa,   Pob 61017,   Harrisburg, PA 17106-1017
15176267*      +Preferred Cr,   Pob 1679,   St Cloud, MN 56302-1679
15176268*       Soc Sec Admin Office O,   155-10 Jamaica Ave,   Jamaica, NY 11432
15176269*      +U S Dept Of Ed/Gsl/Atl,   Po Box 5609,   Greenville, TX 75403-5609
                                                                           TOTALS: 2, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:

```
          James  Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt     on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt     on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt     on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lawrence W. Willis     on behalf of Debtor Andrea  Watson-Lindsey ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Lorraine  Gazzara Doyle     on behalf of Creditor    Bayview Loan Servicing lorraine@mvrlaw.com,
           diane@mvrlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          William E. Craig     on behalf of Creditor    Americredit Financial Services, Inc. Dba GM Financial
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                           TOTAL: 10
```