IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> ANDREA WATSON-LINDSEY, <br> **Debtor(s)** <br><br> AMERICREDIT FINANCIAL SERVICES, INC. <br> dba GM FINANCIAL, <br> **Movant** <br><br> v. <br><br> ANDREA WATSON-LINDSEY, <br> **Respondent(s)** <br><br> RONDA J. WINNECOUR, <br> **Trustee** | Bankruptcy No. 19-24544-GLT <br><br> Chapter 13 <br><br> Related To Document No. 59 and 60 <br><br> **Response Deadline:  11/16/20** <br><br> **Hearing Date:  12/2/20 at 10:00 AM** |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on October 28, 2020 I served by United States mail, first class, postage prepaid, the Notice of Teleconference Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Andrea Watson-Lindsey <br> 2541 Allequippa Street <br> Pittsburgh, PA 15213 <br> (Debtor) | Lawrence W. Willis, Esq. <br> Willis & Associates <br> 201 Penn Center Blvd. <br> Suite 310 <br> Pittsburgh, PA 15235 <br> (Attorney For Debtor) |
| Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 <br> (Trustee) | Office of the United States Trustee <br> Liberty Center <br> 1001 Liberty Avenue, Suite 970 <br> Pittsburgh, PA 15222 <br> (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

Date:  10/28/20

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com