**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Andrea Watson-Lindsey,** | : | **Case No. 19-24544-GLT** |
| | : | |
| **Debtor** | : | **Chapter 13** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Andrea Watson-Lindsey,** | : | |
| | : | **Related to Document No. 64** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| **vs.** | : | **December 2, 2020 at 10:00 AM** |
| | : | |
| **Pittsburgh Water and Sewer Authority,** | : | |
| **County of Allegheny,** | : | |
| **City of Pittsburgh & School District of Pittsburgh,** | : | |
| **Respondents** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBERANCES FILED AT DOCKET NO. 64**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Sell Property Free and Clear of Liens filed on November 4, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 23, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>November 24, 2020</u>     By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235

Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com