FILED
12/2/20 1:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24544-GLT |
| | : | Chapter: | 13 |
| Andrea Watson-Lindsey | : | | |
| | : | | |
| | : | Date: | 12/2/2020 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** # 64 Motion to Sell Property Free and Clear of Liens under Section 363(f).
Re: Residential Property.
# 70 - CNO filed

**APPEARANCES**:
Debtor: Lawrence W. Willis
Trustee: James Warmbrodt

**NOTES:** (10:23)

Willis: This is an arm's length sale and the buyer is Terry's Real Estate Investment. The only member is Sean Terry, he's no relation in any way. Sale price is $60,000. It was advertised in the Allegheny Country Legal Journal and the Post Gazette. The payout is 100% of timely unsecured creditors. The legal journal advertising fee was $161 and the Post Gazette fee was $70. And the trustee's fees are $949.25.

Court: Do you have a proof of publication?

Willis: I was going to pay the invoice at closing and then file it.

Court: Please have the proof of publication filed within 14 days of closing.

Willis: We'll also file a fee application.

[Property exposed for sale]

Court: I note the courtroom is open and no one is here. I will approve the sale. Will the purchase agreement be assigned to another entity?

Willis: It shouldn't be.

**OUTCOME:**

1. Debtor's *Motion to Sell Property Free and Clear of Liens under Section 363(f) Re: Residential Property* [Dkt. No. 64] is GRANTED [HT to Issue Proposed Order at Dkt. No. 64-1 with the following additions: In paragraph (7) insert "$161; Pittsburgh Legal Journal and Post Gazette; $70" and in Paragraph (8) insert "$949.25 payable to Ronda J. Winnecour" and add the following as the final paragraph "5. Proof of publication shall be filed within 14 days of closing." ]

**DATED:** 12/2/2020