IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Andrea Watson-Lindsey,** | : | Case No. 19-24544-GLT |
| | : | |
| **Debtor** | : | **Chapter 13** |

*************************************************************************

| | | |
|---|---|---|
| **Andrea Watson-Lindsey,** | : | |
| | : | **Related to Document No. 74** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| vs. | : | |
| | : | |
| | : | |
| **Pittsburgh Water and Sewer Authority,** | : | |
| **County of Allegheny,** | : | |
| **City of Pittsburgh & School District of Pittsburgh,** | : | |
| **Respondents** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |

*************************************************************************

## CERTIFICATE OF SERVICE

I, the undersigned of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true or correct copy of the Order Dated December 2, 2020 on the parties at the addresses on the attached matrix by first class mail*.

Executed On:  December 3, 2020

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com

                                                Attorney for Debtors

*Parties served by the court electronically were not served by regular mail.

## MATRIX OF PARTIES SERVED

Ronda J. Winnecour, Esquire
Chapter 13 Trutee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Andrea Watson-Lindsey
2541 Allequippa Street
Pittsburgh, PA 15213


Americredit Financial Services, Inc. Dba GM
P.O Box 183853
Arlington, TX 76096-3853

City and School District of Pittsburgh
GRB Law
437 Grant Street 14th Floor
Frick Building
Frick Building
Pittsburgh, PA 15219-6101

County of Allegheny
GRB Law
437 Grant Street 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Duquesne Light Company
|c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Pittsburgh Water & Sewer Authority
GRB Law
437 Grant Street 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Aes/pnc Bank
Pob 61047
Harrisburg, PA 17106-1047

Ally Financial
P.o. Box 380901
Bloomington, MN 55438-0901

AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL
PO BOX 183853
ARLINGTON TX 76096-3853

AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL
PO BOX 183853
ARLINGTON TX 76096-3853

Bayview Loan Servicing
4425 Ponce De Leon Blvd
Coral Gables, FL 33146-1873

Carnegie Library of Pittsburgh
C/O Jordan Tax
PO Box 200
Bethel Park, PA 15102-0200

City Of Pittsburgh
C/O Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

City of Pittsburgh & School District of Pitt
GRB Law
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh PA 15219-6101

Clearview Federal Cu
8805 University Blvd
Coraopolis, PA 15108-4212

County of Allegheny
C/O Jordan Tax Service, Inc.
PO Box 200
Bethel Park, PA 15102-0200

County of Allegheny
GRB Law
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh PA 15219-6101

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Federal National Mortgage Association
c/o Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146-1837

Federal National Mortgage Association, et al
c/o Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146-1837

First Natl Bk Of Pa
4140 E State St
Hermitage, PA 16148-3401

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE
FLOOR 01
MONROE LA 71203-4774

PGH20
1200 Penn Avenue
Pittsburgh, PA 15222-4207

PHEAA
PO BOX 8147
HARRSBURG PA 17105-8147

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA  17128-0946

Pheaa
Pob 61017
Harrisburg, PA 17106-1017

Pittsburgh School District
C/O Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

Pittsburgh Water and Sewer Authority

GRB Law
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh PA 15219-6101

PREFERRED CREDIT INC
628 ROOSEVELT ROAD SUITE #100
SAINT CLOUD MN 56301-4867

Soc Sec Admin Office O
155-10 Jamaica Ave
Jamaica, NY 11432

U S Dept Of Ed/Gsl/Atl
Po Box 5609
Greenville, TX 75403-5609

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Us Dept Of Ed/glelsi
2401 International Lane
Madison, WI 53704-3121