FILED
12/2/20 1:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Andrea Watson-Lindsey, | : | Case No. 19-24544-GLT |
| | : | |
| Debtor | : | Chapter 13 |

*************************************************************************

| | | |
|---|---|---|
| Andrea Watson-Lindsey, | : | |
| | : | Related to Document No. 64 |
| Movant | : | |
| | : | Hearing Date & Time: |
| vs. | : | December 2, 2020 at 10:00 AM |
| | : | |
| | : | |
| Pittsburgh Water and Sewer | : | |
| Authority, | : | |
| County of Allegheny, | : | |
| City of Pittsburgh & School | : | |
| District of Pittsburgh, | : | |
| Respondents | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |

*************************************************************************

### MODIFIED ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS

**AND NOW**, this __2ND__ day of __December__, 2020, on consideration of the *Movants' Motion for Sale of Property Free and Divested of Liens* to **_Terrys Real Estate Investments, LLC at 229 Ames Street, Pittsburgh, PA 15214_**, for **_$60,000.00_**, after hearing held in: (Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219), this date, the Court finds:

    1. That service of the notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above named Respondent, was effected on the following secured creditor whose liens are recited in said Motion for private sale, viz:

| DATE OF SERVICE | NAME OF LIEN OR/AND SECURITY |
|---|---|
| | Pittsburgh Water and Sewer Authority |
| | County of Allegheny |

|  |  |
|---|---|
| November 4, 2020 | City and School District of Pittsburgh<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219 |
| November 4, 2020 | Ronda J. Winnecour, Chapter 13 Trustee<br>Suite 3250, US Steel Building<br>600 Grant Street<br>Pittsburgh, PA 15219 |

2. That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditor(s) and parties in interest by the moving party as shown by the certificate of service duly filed and that the named parties were duly served with the Motion.

3. That at the sale hearing, the highest/best offer received was that of the above Purchaser(s) and no objections to the sale were made which would result in the cancellation of said sale.

4. That the price of $ 60,000.00 offered by Terrys Real Estate Investments,, LLC was a full and fair price for the property in question.

5. That the Purchaser(s) has acted in good faith with respect to the within sale in accordance with *In re: Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d., 143 (3rd Cir. 1986).

Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED**, that the sale by General Warranty deed of the real property described as 229 Ames Street, Pittsburgh, PA 15214 is hereby **CONFIRMED** to *Terrys Real Estate Investments, LLC* **for** *$60,000.00*, free and divested of the above recited liens and claims, that the Movant is authorized to make, execute and deliver to the Purchaser(s) above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of the sale;

**IT IS FURTHER ORDERED**, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

**FURTHER ORDERED** that the following expenses/costs shall immediately be paid at the time of closing. *Failure of the closing agent to timely make and forward the*

*disbursements required by this Order will subject the closing agent to monetary sanctions*, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing.

(1) The outstanding balance to <u>City of Pittsburgh</u> payoff $4,326.67.
(2) The outstanding balance to <u>School District of Pittsburgh</u> payoff $5,085.82.
(3) The outstanding balance to <u>County of Allegheny</u> payoff $1,741.20.
(4) The outstanding balance to <u>Pittsburgh Water and Sewer Authority</u> payoff $733.01
(5) All delinquent and current real estate taxes, Sewage Charges and other Municipal Claims shall be paid in full at the time of closing;
(6) Court approved attorney fees in the amount of $<u>1,500.00</u>;
(7) Advertising expense $ 161 ; Pittsburgh Legal Journal and Post Gazette  $70
(8) Chapter 13 Trustee "[percentage fees" in the amount of $ <u>949.25</u> payable to Ronda J. Winnecour, Chapter 13 Trustee P.O . Box 2587, Pittsburgh, PA 15230;
(9) Proceeds to be held by trustee pending further order of Court for distribution according to confirmed plan and 100% of timely filed unsecured claims.

**FURTHER ORDERED** that:

1. *Within seven (7) days of the date of this Order*, the Movant shall serve a copy of the within *Order* on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for debtor, the Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file a certificate of service.

2. *Closing shall occur within thirty (30) days of this Order.*

3. *Within seven (7) days following the closing*, the Movant shall file a *Report of Sale*, which shall include a copy of the HUD-1 or other Settlement Statement; and

4. This *Sale Confirmation Order* survives any dismissal or conversion of the within case.

5. Proof of publication shall be filed within 14 days of closing.

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrea Watson-Lindsey  
    Debtor(s)

Case No. 19-24544-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 2  
Date Rcvd: Dec 02, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrea Watson-Lindsey, 2541 Allequippa Street, Pittsburgh, PA 15213-2308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt  
     on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt  
     on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt  
     on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com cnoroski@grblaw.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lawrence W. Willis  
     on behalf of Debtor Andrea Watson-Lindsey ecf@westernpabankruptcy.com

| District/off: 0315-2 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: pdf900 | Total Noticed: 1 |

urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lorraine Gazzara Doyle

on behalf of Creditor Bayview Loan Servicing lorraine@mvrlaw.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig

on behalf of Creditor Americredit Financial Services  Inc. Dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11