IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Andrea Watson-Lindsey** : | Case No. 19-24544-GLT |
| : | |
| **Debtors** : | **Chapter 13** |

*****************************************************************************

| | | |
|---|---|---|
| **Andrea Watson-Lindsey** : | |
| : | Related to Document No. 74 |
| **Movants** : | |
| : | Hearing Date & Time: |
| vs. : | |
| **Ronda J. Winnecour, Esquire** : | |
| **Chapter 13 Trustee,** : | |
| **Respondent** : | |
| No Respondents : | |

*****************************************************************************

## REPORT OF NO SALE

Now comes the Debtors, Debtor through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Sale advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C..

2. The Debtors filed a Motion to Sell Property Free and Clear of Liens.

3. This Court entered an Order, granting the Debtors' Motion to Sell Property Free and Clear of Liens.

4. The Order directed that a Report of Sale was to be filed within thirty (30) days of closing

5. After inquiry, buyer notified counsel that the closing has not taken place as of yet do to unforeseen delays.

6. Once a closing occurs a report will be filed with the Court within five (5) days of notice of the closing.

Dated: January 4, 2021                    By. /s/Lawrence W Willis Esq

**Lawrence W. Willis** Esq
PA 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@westernpabankruptcy.com