# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **ANDREA WATSON-LINDSEY** | : | Case No. 19-24544-GLT |
| | : | |
| **Debtors** | : | **Chapter 13** |

*********************************************************************

| | | |
|---|---|---|
| **ANDREA WATSON-LINDSEY** | : | |
| | : | **Related to Document No.** |
| **Movants** | : | |
| | : | **Hearing Date & Time:** |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |
| No Respondents | : | |

*********************************************************************

## STATUS REPORT

Now comes the Debtors, Debtor through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Purchased advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C..

2. The Debtors filed a Consent Motion to obtain post-petition vehicle financing.

3. The Court entered the Consent Order approving post-petition financing.

4. After inquiry it appears that no financing has taken place as of yet, once counsel is notified of a purchase an amended plan will be filed to incorporate the terms thereof.

Dated: February 1, 2021                                                By. Lawrence W Willis Esq

**Lawrence W. Willis** Esq
PA 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@westernpabankruptcy.com