IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Andrea Watson-Lindsey fka Andrea C. Watson fka Andrea C. Griffin | : : | Case No. 19-24544-GLT |
| Debtor(s) | : | Chapter 13 |
| Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC | : : | |
| Movant(s) | : | Related to Document 83 |
| vs. | : | Hearing Date: 9/22/21 at 9:00 a.m. |
| Andrea Watson-Lindsey fka Andrea C. Watson fka Andrea C. Griffin | : : | |
| Respondent(s) | : | |
| and | : | |
| Ronda J. Winnecour, Trustee | : | |
| Additional Respondent | : | |

CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION
FOR RELIEF FROM THE AUTOMATIC STAY

RONDA J. WINNECOUR, Chapter 13 Trustee, responds as follows:

1. Community Loan Servicing, LLC FKA Bayview Loan Servicing, LLC requests relief from stay with regard to the property located at 2538 Allequippa Street. The Motion pleads an August 2021 payoff of $22,198.58.

2. Debtor's Schedules list the value of the property as $99,000.00. The Motion does not dispute Debtor's valuation.

3. Other than a municipal lien in favor of the Pittsburgh Water and Sewer Authority in the amount of $385.15 (Claim No. 10), neither the Motion nor Debtor's schedules allege the existence of any additional liens against the property.

4. There appears to be a substantial equity cushion in the property that provides adequate protection for the creditor and relief from stay should be denied on that basis.

5. It is admitted that Debtor's plan payments are delinquent. Debtor has not made a plan payment since a partial payment in April 2021, and through August 2021

Debtor's plan payment arrears total $16,044.09.

6. The estate has an interest in the equity in the property. If the Debtor cannot propose a feasible plan that will pay the secured creditor, or otherwise implement a sale of the property within a reasonable period of time, the Trustee requests that the case be converted to Chapter 7 so a Trustee can sell the property and realize its value.

WHEREFORE, the Trustee respectfully requests that the motion be denied.

                                                   RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  August 13, 2021            By: /s/ James C. Warmbrodt
James C. Warmbrodt, PA I.D. 42524
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Andrea Watson-Lindsey fka Andrea | : | Case No. 19-24544-GLT |
| C. Watson fka Andrea C. Griffin | : | |
| Debtor(s) | : | Chapter 13 |
| Community Loan Servicing, LLC fka | : | |
| Bayview Loan Servicing, LLC | : | |
| Movant(s) | : | Related to Document 83 |
| vs. | : | Hearing Date: 9/22/21 at 9:00 a.m. |
| Andrea Watson-Lindsey fka Andrea | : | |
| C. Watson fka Andrea C. Griffin | : | |
| Respondent(s) | : | |
| and | : | |
| Ronda J. Winnecour, Trustee | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th of August 2021, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Andrea Watson-Lindsey
2541 Allequippa Street
Pittsburgh, PA  15213

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd., Suite 310
Pittsburgh, PA  15235

Maria Miksich, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106

/s/Rosa M. Richard
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com