FILED
9/23/21 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  19-24544-GLT |
| | : | Chapter:    13 |
| Andrea Watson-Lindsey | : | |
| | : | |
| | : | Date:   9/22/2021 |
| Debtor(s). | : | Time:   09:00 |

## PROCEEDING MEMO

**MATTER:**   # 83 Motion for Relief from Stay 2538 Allequippa Street, Pittsburgh, PA 15213 filed by Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC

# 86 - Response filed by the ch.13 trustee

**APPEARANCES**:
Debtor:   Lawrence W. Willis
Trustee:  Owen Katz
Bayview:  Maria Miksich

**NOTES:**

Court: Do not wish to grant relief from stay because substantial equity exists. The Court prefers conversion over stay relief. This centers on the question of the absolute right to dismiss.

Willis: We are asking for a dismissal without prejudice. The failed sale for of real property for $60,000 was due to the buyer pulling out after an inspection and subsequently making a lower offer of $30,000. From our research and consultation from a realtor, we believe the appropriate price range for the property should be between $60,000 and 100,000. Moreover, Debtor contracted COVID twice and has been forced into retirement, which cuts against the argument for finding bad faith.

Miksich: No position on conversion or dismissal

Katz: We agree that conversion is appropriate; equity, though substantial, is being lost due to lack of payments
   -Voluntary dismissal should be with prejudice for a 180 day bar due to the pending Motion for Relief from Stay.

Court: I will set a hearing on trustee's oral motion to convert this case.

**OUTCOME:**

1. The *Motion for Relief from Stay* [Dkt. No. 83] is CONTINUED to October 20, 2021. [Text Order to Issue]

2. The Trustee's oral motion to convert shall be scheduled for hearing on October 20, 2021 at 9 am. [HT to issue]

**DATED:**  9/22/2021