# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Andrea Watson-Lindsey fka Andrea C Watson fka Andrea C Griffin**<br>          **Debtor(s)**<br><br>**Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC**<br>          **Movant**<br>      vs.<br><br>**Andrea Watson-Lindsey fka Andrea C Watson fka Andrea C Griffin**<br>          **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>          **Trustee** | **BK NO. 19-24544 GLT**<br><br>**Chapter 7** |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 20, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Andrea Watson-Lindsey fka Andrea C Watson fka Andrea C Griffin
2541 Allequippa Street
Pittsburgh, PA 15213

Attorney for Debtor(s)
Lawrence W. Willis, Esquire

Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: October 20, 2021

 /s/ **Maria Miksich, Esquire**
Maria Miksich, Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
MMiksich@kmllawgroup.com