**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANDREA WATSON-LINDSEY

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:19-24544 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/22/2019 and confirmed on 03/05/2020. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,158.91 |
| Less Refunds to Debtor | 11.93 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,146.98 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,087.80 | |
|     Trustee Fee | 1,236.61 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,324.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| COMMUNITY LOAN SERVICING LLC | 0.00 | 11,466.86 | 0.00 | 11,466.86 |
|   Acct: 3593 | | | | |
| COMMUNITY LOAN SERVICING LLC | 2,779.47 | 0.00 | 0.00 | 0.00 |
|   Acct: 3593 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY)** | 28.67 | 0.00 | 0.00 | 0.00 |
|   Acct: R221 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY)** | 20.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J154 | | | | |
| CITY OF PITTSBURGH (RE)* | 3,440.08 | 0.00 | 0.00 | 0.00 |
|   Acct: 1D90 | | | | |
| CITY OF PITTSBURGH (RE)* | 1,327.05 | 0.00 | 0.00 | 0.00 |
|   Acct: J154 | | | | |
| CITY OF PITTSBURGH (RE)* | 8,437.53 | 0.00 | 0.00 | 0.00 |
|   Acct: R221 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 805.98 | 0.00 | 0.00 | 0.00 |
|   Acct: 1D90 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 330.16 | 0.00 | 0.00 | 0.00 |
|   Acct: J154 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 888.30 | 0.00 | 0.00 | 0.00 |
| Acct: R221 | | | | |
| PITTSBURGH SD (CITY OF PGH) (RE)* | 1,390.82 | 0.00 | 0.00 | 0.00 |
| Acct: 1D90 | | | | |
| PITTSBURGH SD (CITY OF PGH) (RE)* | 560.00 | 0.00 | 0.00 | 0.00 |
| Acct: J154 | | | | |
| PITTSBURGH SD (CITY OF PGH) (RE)* | 3,718.40 | 0.00 | 0.00 | 0.00 |
| Acct: R221 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 618.85 | 0.00 | 0.00 | 0.00 |
| Acct: 1D90 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 13.19 | 0.00 | 0.00 | 0.00 |
| Acct: 1D90 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 175.09 | 0.00 | 0.00 | 0.00 |
| Acct: J154 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 8.09 | 0.00 | 0.00 | 0.00 |
| Acct: J154 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 371.04 | 0.00 | 0.00 | 0.00 |
| Acct: 1D74 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 12.11 | 0.00 | 0.00 | 0.00 |
| Acct: 1D74 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 616.94 | 0.00 | 0.00 | 0.00 |
| Acct: R221 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 14.52 | 0.00 | 0.00 | 0.00 |
| Acct: R221 | | | | |
| CITY OF PITTSBURGH (RE)* | 441.72 | 0.00 | 0.00 | 0.00 |
| Acct: 1D90 | | | | |
| CITY OF PITTSBURGH (RE)* | 29.00 | 0.00 | 0.00 | 0.00 |
| Acct: J154 | | | | |
| CITY OF PITTSBURGH (RE)* | 392.51 | 0.00 | 0.00 | 0.00 |
| Acct: R221 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 419.35 | 0.00 | 0.00 | 0.00 |
| Acct: 1D90 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 155.15 | 0.00 | 0.00 | 0.00 |
| Acct: J154 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 174.67 | 0.00 | 0.00 | 0.00 |
| Acct: R221 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 1,629.99 | 1,629.99 | 725.72 | 2,355.71 |
| Acct: 7078 | | | | |
| | | | | 13,822.57 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREA WATSON-LINDSEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREA WATSON-LINDSEY | 11.93 | 11.93 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 8,040.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX8/21 | | | | |
| LAWRENCE W WILLIS ESQ | 3,100.00 | 3,087.80 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 663.80 | 0.00 | 0.00 | 0.00 |
| Acct: 3572 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3572 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-24544 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured
    Acct: 7141

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6917 | | | | |
| CLEARVIEW FCU** | 3,632.09 | 0.00 | 0.00 | 0.00 |
| Acct: 0670 | | | | |
| CLEARVIEW FCU** | 705.62 | 0.00 | 0.00 | 0.00 |
| Acct: 0670 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0111 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7357 | | | | |
| PREFERRED CREDIT INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3917 | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 72A0 | | | | |
| PA DEPARTMENT OF REVENUE* | 166.54 | 0.00 | 0.00 | 0.00 |
| Acct: 3572 | | | | |
| UPMC PHYSICIAN SERVICES | 811.79 | 0.00 | 0.00 | 0.00 |
| Acct: 3572 | | | | |
| UPMC HEALTH SERVICES | 734.18 | 0.00 | 0.00 | 0.00 |
| Acct: 3572 | | | | |
| DUQUESNE LIGHT COMPANY* | 996.30 | 0.00 | 0.00 | 0.00 |
| Acct: 0942 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARTHA E VON ROSENSTIEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                            13,822.57

```
TOTAL CLAIMED
 PRIORITY                      663.80
 SECURED                    28,798.68
 UNSECURED                   7,046.52
```

Date: 10/28/2021                                            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com