# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/9/21 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24544-GLT |
| | : | Chapter: | 7 |
| Andrea Watson-Lindsey | : | | |
| | : | | |
| | : | Date: | 12/9/2021 |
| *Debtor(s).* | : | Time: | 10:00 |

-

## PROCEEDING MEMO

-

**MATTER:**     #97 Status Conference on Converting Case to Ch. 7
            [Statement of Intentions due 11/18/21]


**APPEARANCES**:
            Debtor:     Lawrence W. Willis


**NOTES:** [10:02 a.m.]

Willis: I apologize for the scheduling error. I ask that the Court allow me to file the report by January 12, 2022. My communication with my client has been spotty. My client has provided access to the property to the trustee.

Court: Have you communicated to the Debtor the gravity and importance that she attends the 341 meeting?

Willlis: Yes, I have communicated with my client. I will send a registered letter with the instructions for attending the 341 meeting. I will also inform her that failure to attend could lead to sanctions being levied.


**OUTCOME:**

1. The *Status Conference on Converting Case to Ch. 7* [Dkt. No. 97] is CONCLUDED. On or before January 12, 2022, Debtor shall file required schedules and statements under Federal Rule of Bankruptcy 1019 and the Court's October 21, 2021 Order. [Text Order to Issue]

**DATED:**  12/9/2021