IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-24544-GLT |
| | : | |
| | : | |
| Andrea Watson-Lindsey, | : | Chapter 7 |
|     Debtor | | |

Andrea Watson-Lindsey
    Movant

Natalie Lutz Cardiello
    Additional Respondent

**RULE 1019 REPORT**

AND NOW, comes the debtors **Andrea Watson-Lindsey**, by and through their attorney, Lawrence Willis, Esquire, of the Law Firm of Willis & Associates, and files the within Rule 1019 Report as follows:

1. This case was commenced on 11/22/2019, when the debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. The Debtor's Chapter 13 case was converted to Chapter 7 on 10/21/2021.

3. Since the filing of the Chapter 13 Bankruptcy Petition 11/22/2019, and prior to the conversion of the case to Chapter 7, the debtor has not acquired any additional property either real or personal. In addition, the debtor has not entered into or assumed any executory contracts after the filing of the original petition, but before the entry of the conversion order.

4. Since the filing of the Chapter 13 Bankruptcy Petition on 11/22/2019, and prior to the conversion of the case to Chapter 7, the Debtor has incurred the following new debt:

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|
| NA | NA | NA |

EXECUTED ON: December 22, 2021

By:     /s/ Lawrence Willis Esq
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.702.1170
Fax: 412.823.2375
Email: lawrencew@urfreshstrt.com
Attorney for Debtors