Certificate Number: 05781-PAW-DE-036250815

Bankruptcy Case Number: 19-24544



05781-PAW-DE-036250815

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2022, at 11:35 o'clock AM PST, Andrea Watson Lindsey completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 9, 2022

By: /s/Allison M Geving

Name: Allison M Geving

Title: President