# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24544-GLT |
| ANDREA WATSON-LINDSEY | : | Chapter 7 |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; County of Allegheny; Jordan Tax Service; City of Pittsburgh; Pittsburgh Public Schools; and Pittsburgh Water and Sewage Authority | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE
### of
### Notice of Intent to Sell and of Notice of Hearing and Response Deadline
### and
### Motion to Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below on <u>February 1, 2022.</u>

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>electronic notification</u>.

Denise Carlon on behalf of Creditor Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com

William E. Craig on behalf of Creditor Americredit Financial Services, Inc. Dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Lorraine Gazzara Doyle on behalf of Creditor Bayview Loan Servicing
lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Jeffrey R. Hunt on behalf of Creditor City and School District of Pittsburgh
jhunt@grblaw.com

Jeffrey R. Hunt on behalf of Creditor County of Allegheny
jhunt@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com

Maria Miksich on behalf of Creditor Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor Bayview Loan Servicing, LLC
bnicholas@kmllawgroup.com

Brian Nicholas on behalf of Creditor Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Lawrence W. Willis on behalf of Debtor Andrea Watson-Lindsey
ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com


**EXECUTED ON:**  February 1, 2022

By:   */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043