**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/2/22 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24544-GLT |
| | : | |
| ANDREA WATSON-LINDSEY | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Doc. No. 122 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**ORDER APPROVING COUNSEL FOR THE TRUSTEE**

AND NOW, this __2nd__ day of _____February_____, 20__22__, upon consideration of the ***APPLICATION TO APPOINT AN ATTORNEY FOR THE TRUSTEE*** filed at Doc. No. 122 (the "Application"), it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The Application is approved as of the date the Application was filed.

(2) The ***Law Offices of Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106*** is hereby appointed as ***Attorney*** for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) Applicant shall serve this Order on all interested parties and file a certificate of service.

Dated: 2/2/22

cc: Debtor

_____
HONORABLE GREGORY L. TADDONIO
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrea Watson-Lindsey  
    Debtor

Case No. 19-24544-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Feb 02, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrea Watson-Lindsey, 2541 Allequippa Street, Pittsburgh, PA 15213-2308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lawrence W. Willis
        on behalf of Debtor Andrea Watson-Lindsey ecf@westernpabankruptcy.com
        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lorraine Gazzara Doyle
        on behalf of Creditor Bayview Loan Servicing lorraine@mvrlaw.com  diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Maria Miksich
        on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com

Natalie Lutz Cardiello
        ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
        on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
        on behalf of Creditor Americredit Financial Services  Inc. Dba GM Financial ecfmail@mortoncraig.com,
        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15