IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  19-24544-GLT |
| | : | |
| ANDREA WATSON-LINDSEY | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Application of Trustee to Employ Real Estate Broker**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Application of Trustee to Employ Real Estate Broker** filed on January 31, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application of Trustee to Employ Real Estate Broker, objections to the Application were to be filed and served no later than **February 18, 2022.**

It is hereby respectfully requested that the Order filed in connection with the Trustee's Application of Trustee to Employ Real Estate Broker be entered by the Court.

Dated:  February 24, 2022         By:         */s/Natalie Lutz Cardiello*
                                              Natalie Lutz Cardiello, Esquire
                                              PA I.D. #51296
                                              107 Huron Drive
                                              Carnegie, PA 15106
                                              ncardiello@cardiello-law.com
                                              (412) 276-4043