Case 19-24544-GLT    Doc 147    Filed 03/03/22    Entered 03/03/22 16:06:54    Desc Main
Document    Page 1 of 1

FILED
3/3/22 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24544-GLT |
| | : | Chapter: | 7 |
| Andrea Watson-Lindsey | : | | |
| | : | | |
| | : | Date: | 3/3/2022 |
| *Debtor(s)*. | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER:** # 126 Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: 229 Ames Street, Pittsburgh, PA 15214. filed by the chapter 7 trustee
   # 136 - Proof of Publication in the Pittsburgh Legal Journal on 2/10/22 and in Pittsburgh Post-Gazette on 2/6/22
   # 145 - Amended Proposed Order

**APPEARANCES**:
   Debtor:   Lawrence Willis
   Trustee:   Natalie Lutz Cardiello
   Simmer & Simmer:   Jared Simmer

**NOTES:** [10:11 a.m.]

Cardiello: The $45,000 offer includes the transfer taxes and closing costs. No objections were filed. The property is vacant, and I hope to make 100% distributions.

Court: Can you address the changes between the orders filed on the docket?

Cardiello: There is a redlined version included with our amended proposed sale order. The underwriter needed to change the language in paragraph 5.

Willis: I want to voice Debtor's approval of the sale.

[*Court exposes property for sale*]

Court: I do find the offer made by Simmer & Simmer is the highest and best offer. I will enter the sale order.

**OUTCOME:**

1. The *Motion to Sell Property Free and Clear of Liens under Section 363(f) Re: 229 Ames Street, Pittsburgh, PA 15214* [Dkt. No. 126] is GRANTED. [HT to enter proposed order at Dkt. No. 145]

**DATED:** 3/3/2022