UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:            CASE NO.: 19-24544-GLT
CHAPTER 7

Andrea Watson-Lindsey,
  Debtor.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, ESQ.
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                        Attorney for Secured Creditor
                        130 Clinton Rd #202
                        Fairfield, NJ 07004
                        Telephone: 470-321-7112

                        By: _\S\Charles Wohlrab_
                            Charles Wohlrab, Esquire
                            Pennsylvania Bar No. 314532
                            Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 24, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

ANDREA WATSON-LINDSEY
2541 ALLEQUIPPA STREET
PITTSBURGH, PA 15213

And via electronic mail to:

LAWRENCE W. WILLIS
WILLIS & ASSOCIATES, 201 PENN CENTER BLVD, SUITE 310
PITTSBURGH, PA 15235

NATALIE LUTZ CARDIELLO
107 HURON DRIVE
CARNEGIE, PA 15106

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER. 1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Brianna Carr