# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24544-GLT |
| | : | |
| ANDREA WATSON-LINDSEY | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; County of Allegheny; Jordan Tax Service; City of Pittsburgh; Pittsburgh Public Schools; and Pittsburgh Water and Sewage Authority | : | |
| | : | |
| Respondents | : | |

## REPORT OF SALE

A sale hearing was conducted on March 3, 2022, in connection with the sale of 229 Ames Street, Pgh., PA 15214 to Simmer & Simmer LLC. The sale price was $45,000. The closing was held on March 24, 2022. A copy of the settlement statement is attached hereto and incorporated herein.

The proceeds will be held by the Trustee pending further Order of Court.

Respectfully submitted,

*/s/ Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043

OMB NO. 2502-0265

| A. | | B. TYPE OF LOAN | |
|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>FINAL<br>SETTLEMENT STATEMENT | | 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins. | |
| | | 6. FILE NUMBER: PV-220024 | 7. LOAN NUMBER: |
| | | 8. MORTGAGE INS CASE NUMBER: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
1.0  3/98  (PV-220024 / 105)

| D. NAME AND ADDRESS OF BUYER:<br>Simmer & Simmer LLC, a Pennsylvania limited liability company<br>PO Box 397<br>Ingomar, PA 15127 | E. NAME AND ADDRESS OF SELLER:<br>Bankruptcy Estate of Andrea Watson-Lindsey at Bankruptcy Case No. 19-24544-GLT<br>2538 Allequippa Street<br>Pittsburgh, PA 15213 | F. NAME AND ADDRESS OF LENDER:<br>CASH |
|---|---|---|
| G. PROPERTY LOCATION:<br>229 Ames Street<br>Pittsburgh, PA 15214<br>Allegheny County, Pennsylvania | H. SETTLEMENT AGENT:<br>PV Settlement LLC<br><br>PLACE OF SETTLEMENT:<br>367 Mansfield Avenue<br>Pittsburgh, PA 15220 | I. SETTLEMENT DATE:<br>March 24, 2022<br><br>DISBURSEMENT DATE:<br>March 24, 2022 |

| J. SUMMARY OF BUYER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BUYER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | | 401. Contract sales price | 45,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town taxes  03/25/22 to 12/31/22 | | 406. City/Town taxes  03/25/22 to 12/31/22 | 625.86 |
| 107. County taxes  03/25/22 to 12/31/22 | | 407. County taxes  03/25/22 to 12/31/22 | 336.02 |
| 108. School Taxes  03/25/22 to 12/31/22 | | 408. School Taxes  03/25/22 to 12/31/22 | 728.15 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BUYER | | 420. GROSS AMOUNT DUE TO SELLER | 46,690.03 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BUYER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 2,000.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Release Fee held in Escrow | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Dep. disbursed as proceeds | |
| 208. | | 508. Del. Water/Sewer  DTD-96-076015/DTD-95-000140 | 926.04 |
| 209. | | 509. Satisfaction Fee  DTD-96-076015/DTD-95-000140 | 78.00 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. 2022 County Tax  116-R-221 | 444.15 |
| 214. | | 514. Del. County Tax  116-R-221 | 2,712.66 |
| 215. | | 515. Del. City Tax  116-R-221 | 6,392.72 |
| 216. | | 516. Del. Library Tax  116-R-221 | 112.83 |
| 217. | | 517. Del. School Tax  116-R-221 | 7,627.35 |
| 218. | | 518. 2022 City/School/Lib/Parks Tax  116-R-221 | 1,789.75 |
| 219. | | 519. Est. Final Water/Sewer  116-R-221 | 975.16 |
| 220. TOTAL PAID BY/FOR BUYER | | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 23,058.66 |
| 300. CASH AT SETTLEMENT FROM/TO BUYER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross amount due from Buyer (Line 120) | | 601. Gross amount due to Seller (Line 420) | 46,690.03 |
| 302. Less amount paid by/for Buyer (Line 220) | ( ) | 602. Less reductions due Seller (Line 520) | ( 23,058.66 ) |
| 303. CASH FROM BUYER | | 603. CASH TO SELLER | 23,631.37 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Seller

Bankruptcy Estate of Andrea Watson-Lindsey at Bankruptcy Case No. 19-24544-GLT

BY: *[signature]*
Natalie Lutz Cardiello
Trustee

Printed on 03/24/22 at 4:46:41PM   PV-220024/105
HUD-1, Page 1

## L. SETTLEMENT CHARGES

| | | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. | TOTAL COMMISSION Based on Price $ @ % | 2,000.00 | | |
| | Division of Commission (line 700) as Follows: | | | |
| 701. | $2,000.00 to EXP Realty, LLC | | | |
| 702. | to | | | |
| 703. | Commission Paid at Settlement | | | 2,000.00 |
| 704. | to | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. | Loan Origination Fee % to | | | |
| 802. | Loan Discount % to | | | |
| 803. | Appraisal fee to | | | |
| 804. | Credit report to | | | |
| 805. | Lender's inspection fee to | | | |
| 806. | Mortgage insurance application fee to | | | |
| 807. | Assumption fee to | | | |
| 808. | to | | | |
| 809. | to | | | |
| 810. | to | | | |
| 811. | to | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. | Interest From 03/24/22 to 04/01/22 @ $ /day (8 days %) | | | |
| 902. | Mortgage insurance premium for month to | | | |
| 903. | Hazard insurance premium for year to | | | |
| 904. | for year to | | | |
| 905. | to | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER | | | |
| 1001. | Hazard insurance Months @ $ per Month | | | |
| 1002. | Mortgage insurance Months @ $ per Month | | | |
| 1003. | City/Town taxes Months @ $ per Month | | | |
| 1004. | County taxes Months @ $ per Month | | | |
| 1005. | School Taxes Months @ $ per Month | | | |
| 1006. | Months @ $ per Month | | | |
| 1007. | Months @ $ per Month | | | |
| 1008. | Months @ $ per Month | | | |
| 1100. | TITLE CHARGES | | | |
| 1101. | Settlement or closing fee to PV Settlement LLC | | | |
| 1102. | Abstract or title search to | | | |
| 1103. | Title examination to | | | |
| 1104. | Title insurance binder to | | | |
| 1105. | Document preparation to PV Settlement LLC | | | |
| 1106. | Notary fees to | | | |
| 1107. | Attorney's fees to | | | |
| | (includes above item numbers: ) | | | |
| 1108. | Owner's policy premium to PV Settlement LLC | | | |
| | (includes above item numbers: ) | | | |
| 1109. | Lender's coverage | | | |
| 1110. | Owner's coverage $45,000.00 | 680.15 | | |
| 1111. | to | | | |
| 1112. | to | | | |
| 1113. | to | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. | Recording fees: Deed $181.75; Mortgage ; Releases | | | |
| 1202. | City/County tax/stamps: Deed $1,800.00; Mortgage | | | |
| 1203. | State tax/stamps: Deed $450.00; Mortgage | | | |
| 1204. | to | | | |
| 1205. | to | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. | Survey to | | | |
| 1302. | Pest inspection to | | | |
| 1303. | Tax Certs/Lien Letters to PV Settlement LLC | | | |
| 1304. | Wire/Courier Fee to PV Settlement LLC | | | |
| 1305. | to | | | |
| 1400. | TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | 2,000.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Seller

Bankruptcy Estate of Andrea Watson-Lindsey at Bankruptcy Case No. 19-24544-GLT

BY: *[signature]*
Natalie Lutz Cardiello
Trustee

OMB NO. 2502-0265

| A. | | B. TYPE OF LOAN | | | | | |
|---|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>**FINAL SETTLEMENT STATEMENT** | | 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins. | | | | | |
| | | 6. FILE NUMBER: PV-220024 | | | 7. LOAN NUMBER: | | |
| | | 8. MORTGAGE INS CASE NUMBER: | | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98  (PV-220024 / 94)

| D. NAME AND ADDRESS OF BUYER:<br>Simmer & Simmer LLC, a Pennsylvania limited liability company<br>PO Box 397<br>Ingomar, PA 15127 | E. NAME AND ADDRESS OF SELLER:<br>Bankruptcy Estate of Andrea Watson-Lindsey at Bankruptcy Case No. 19-24544-GLT<br>2538 Allequippa Street<br>Pittsburgh, PA 15213 | F. NAME AND ADDRESS OF LENDER:<br>CASH |
|---|---|---|
| G. PROPERTY LOCATION:<br>229 Ames Street<br>Pittsburgh, PA 15214<br>Allegheny County, Pennsylvania | H. SETTLEMENT AGENT:<br>PV Settlement LLC<br><br>PLACE OF SETTLEMENT:<br>367 Mansfield Avenue<br>Pittsburgh, PA 15220 | I. SETTLEMENT DATE:<br>March 24, 2022<br><br>DISBURSEMENT DATE:<br>March 24, 2022 |

| J. SUMMARY OF BUYER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BUYER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 45,000.00 | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (line 1400) | 4,190.90 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town taxes   03/25/22 to 12/31/22 | 625.86 | 406. City/Town taxes   03/25/22 to 12/31/22 | |
| 107. County taxes       03/25/22 to 12/31/22 | 336.02 | 407. County taxes       03/25/22 to 12/31/22 | |
| 108. School Taxes       03/25/22 to 12/31/22 | 728.15 | 408. School Taxes       03/25/22 to 12/31/22 | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BUYER** | **50,880.93** | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 2,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Release Fee held in Escrow | 5,000.00 | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Dep. disbursed as proceeds | |
| 208. | | 508. Del. Water/Sewer   DTD-96-076015/DTD-95-000140 | |
| 209. | | 509. Satisfaction Fee   DTD-96-076015/DTD-95-000140 | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. 2022 County Tax | 116-R-221 |
| 214. | | 514. Del. County Tax | 116-R-221 |
| 215. | | 515. Del. City Tax | 116-R-221 |
| 216. | | 516. Del. Library Tax | 116-R-221 |
| 217. | | 517. Del. School Tax | 116-R-221 |
| 218. | | 518. 2022 City/School/Lib/Parks Tax | 116-R-221 |
| 219. | | 519. Est. Final Water/Sewer | 116-R-221 |
| **220. TOTAL PAID BY/FOR BUYER** | **7,000.00** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM/TO BUYER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from Buyer (Line 120) | 50,880.93 | 601. Gross amount due to Seller (Line 420) | |
| 302. Less amount paid by/for Buyer (Line 220) | ( 7,000.00) | 602. Less reductions due Seller (Line 520) | ( ) |
| **303. CASH FROM BUYER** | **43,880.93** | **603. CASH TO SELLER** | |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
Buyer

Simmer & Simmer LLC, a Pennsylvania limited liability company
BY: /s/ Blaine H. Simmer
Blaine H. Simmer
Member

Printed on 03/24/22 at 7:47:14AM   PV-220024/94
HUD-1, Page 1

| | | | | | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|---|
| 700. | TOTAL COMMISSION Based on Price | $ | @ | % | 2,000.00 | | |
| | Division of Commission (line 700) as Follows: | | | | | | |
| 701. | $ 2,000.00 to EXP Realty, LLC | | | | | | |
| 702. | to | | | | | | |
| 703. | Commission Paid at Settlement | | | | | | |
| 704. | to | | | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | | | |
| 801. | Loan Origination Fee | % | to | | | | |
| 802. | Loan Discount | % | to | | | | |
| 803. | Appraisal fee | | to | | | | |
| 804. | Credit report | | to | | | | |
| 805. | Lender's inspection fee | | to | | | | |
| 806. | Mortgage insurance application fee | | to | | | | |
| 807. | Assumption fee | | to | | | | |
| 808. | | | to | | | | |
| 809. | | | to | | | | |
| 810. | | | to | | | | |
| 811. | | | to | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | | |
| 901. | Interest From 03/24/22 to 04/01/22 @ $ /day ( 8 days %) | | | | | | |
| 902. | Mortgage insurance premium for month to | | | | | | |
| 903. | Hazard insurance premium for year to | | | | | | |
| 904. | for year to | | | | | | |
| 905. | to | | | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER | | | | | | |
| 1001. | Hazard insurance | Months | @ $ | per Month | | | |
| 1002. | Mortgage insurance | Months | @ $ | per Month | | | |
| 1003. | City/Town taxes | Months | @ $ | per Month | | | |
| 1004. | County taxes | Months | @ $ | per Month | | | |
| 1005. | School Taxes | Months | @ $ | per Month | | | |
| 1006. | | Months | @ $ | per Month | | | |
| 1007. | | Months | @ $ | per Month | | | |
| 1008. | | Months | @ $ | per Month | | | |
| 1100. | TITLE CHARGES | | | | | | |
| 1101. | Settlement or closing fee | to PV Settlement LLC | | | | 175.00 | |
| 1102. | Abstract or title search | to | | | | | |
| 1103. | Title examination | to | | | | | |
| 1104. | Title insurance binder | to | | | | | |
| 1105. | Document preparation | to PV Settlement LLC | | | | | |
| 1106. | Notary fees | to | | | | | |
| 1107. | Attorney's fees | to | | | | | |
| | (includes above item numbers: ) | | | | | | |
| 1108. | Owner's policy premium | to PV Settlement LLC | | | | 680.15 | |
| | (includes above item numbers: ) | | | | | | |
| 1109. | Lender's coverage | | | | | | |
| 1110. | Owner's coverage | $ 45,000.00 | 680.15 | | | | |
| 1111. | | to | | | | | |
| 1112. | | to | | | | | |
| 1113. | | to | | | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | | |
| 1201. | Recording fees: Deed $ 181.75; Mortgage ; Releases | | | | | 181.75 | |
| 1202. | City/County tax/stamps: Deed $ 1,800.00; Mortgage | | | | | 1,800.00 | |
| 1203. | State tax/stamps: Deed $ 450.00; Mortgage | | | | | 450.00 | |
| 1204. | to | | | | | | |
| 1205. | to | | | | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | | | |
| 1301. | Survey | to | | | | | |
| 1302. | Pest inspection | to | | | | | |
| 1303. | Tax Certs/Lien Letters | to PV Settlement LLC | | | | 859.00 | |
| 1304. | Wire/Courier Fee | to PV Settlement LLC | | | | 45.00 | |
| 1305. | | to | | | | | |
| 1400. | TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | | | 4,190.90 | |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
Buyer

Simmer & Simmer LLC, a Pennsylvania limited liability company

BY: _____
Blaine H. Simmer
Member