**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-24544-GLT |
| | : | |
| **ANDREA WATSON-LINDSEY** | : | Chapter 7 |
| | : | |
| *Debtor(s)* | : | |
| | : | |
| **Natalie Lutz Cardiello, Trustee** | : | Hearing Date: |
| | : | April 21, 2022 at 10:00 AM |
| **Movant** | : | |
| | : | |
| v. | : | |
| | : | |
| **No Respondents** | : | |

**CERTIFICATE OF SERVICE**
of
**Notice of Hearing and Response Deadline**
and
<u>**Trustee's Application for Approval of Appointment of Accountant for the Trustee**</u>

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on <u>March 28, 2022.</u>

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>first class mail and electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service By Electronic Notification\***

Denise Carlon on behalf of Creditor Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC
dcarlon@kmllawgroup.com

William E. Craig on behalf of Creditor Americredit Financial Services, Inc. Dba GM Financial
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Lorraine Gazzara Doyle on behalf of Creditor Bayview Loan Servicing
lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Jeffrey R. Hunt on behalf of Creditor City and School District of Pittsburgh
jhunt@grblaw.com

Jeffrey R. Hunt on behalf of Creditor County of Allegheny
jhunt@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com

Maria Miksich on behalf of Creditor Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor Bayview Loan Servicing, LLC
bnicholas@kmllawgroup.com

Brian Nicholas on behalf of Creditor Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Lawrence W. Willis on behalf of Debtor Andrea Watson-Lindsey
ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Charles Griffin Wohlrab on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association
cwohlrab@raslg.com


**Service By First Class Mail**

See Attached List


| | | |
|---|---|---|
| **EXECUTED ON:**  March 31, 2022 | By: | */s/Natalie Lutz Cardiello* |
| | | Natalie Lutz Cardiello |
| | | 107 Huron Drive |
| | | Carnegie, PA 15106 |
| | | ncardiello@cardiello-law.com |
| | | (412) 276-4043 |
| | | PA ID# 51296 |

*Service as of date of filing

| | | |
|---|---|---|
| (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | (p)PREFERRED CREDIT  INC<br>628 ROOSEVELT ROAD SUITE #100<br>SAINT CLOUD MN 56301-4867 |
| Aes/pnc Bank<br>Pob 61047<br>Harrisburg, PA 17106-1047 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | Americredit Financial Services, Inc. Dba GM<br>P.O Box 183853<br>Arlington, TX 76096-3853 |
| Andrea Watson-Lindsey<br>2541 Allequippa Street<br>Pittsburgh, PA 15213-2308 | Bayview Loan Servicing<br>4425 Ponce De Leon Blvd<br>Coral Gables, FL 33146-1873 | Carnegie Library of Pittsburgh<br>C/O Jordan Tax<br>PO Box 200<br>Bethel Park, PA 15102-0200 |
| Clearview Federal Cu<br>8805 University Blvd<br>Coraopolis, PA 15108-4212 | ECMC<br>P.O. BOX 16408<br>ST. PAUL, MN 55116-0408 | Federal National Mortgage Association<br>c/o Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gable, FL 33146-1837 |
| Federal National Mortgage Association, et al<br>c/o Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1837 | First Natl Bk Of Pa<br>4140 E State St<br>Hermitage, PA 16148-3401 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PGH20<br>1200 Penn Avenue<br>Pittsburgh, PA 15222-4207 | PHEAA<br>PO BOX 8147<br>HARRSBURG PA 17105-8147 |
| Pheaa<br>Pob 61017<br>Harrisburg, PA 17106-1017 | Soc Sec Admin Office O<br>155-10 Jamaica Ave<br>Jamaica, NY 11432 | U S Dept Of Ed/Gsl/Atl<br>Po Box 5609<br>Greenville, TX 75403-5609 |
| UPMC Health/Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Us Dept Of Ed/glelsi<br>2401 International Lane<br>Madison, WI 53704-3121 | |