# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-24544-GLT |
| | : | |
| **ANDREA WATSON-LINDSEY** | : | Chapter 7 |
| | : | |
| *Debtor(s)* | : | |
| | : | |
| **Natalie Lutz Cardiello, Trustee** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **No Respondent(s)** | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
### Application for Approval of Appointment of Accountant for the Trustee

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Application for Approval of Appointment of Accountant for the Trustee** filed on March 26, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application for Approval of Appointment of Accountant for the Trustee, objections to the Application were to be filed and served no later than **April 14, 2022.**

It is hereby respectfully requested that the Order filed in connection with the Trustee's Application for Approval of Appointment of Accountant for the Trustee be entered by the Court.

Dated: April 15, 2022          By:     */s/Natalie Lutz Cardiello*
                                        Natalie Lutz Cardiello, Esquire
                                        PA I.D. #51296
                                        107 Huron Drive
                                        Carnegie, PA 15106
                                        ncardiello@cardiello-law.com
                                        (412) 276-4043