**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | § | |
| WATSON-LINDSEY, ANDREA, | § | CASE NO. 19-24544 GLT |
| Debtor | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NATALIE LUTZ CARDIELLO, ESQUIRE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
U.S. BANKRUPTCY COURT
600 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. An in-person hearing will be held on October 6, 2022, at 10:00 AM before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/03/2022 By: /s/ Natalie Lutz Cardiello
Trustee

*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | § | |
| WATSON-LINDSEY, ANDREA, | § | CASE NO. 19-24544 GLT |
| Debtor | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,000.00 |
| and approved disbursements of | $ | 21,393.88 |
| leaving a balance on hand of[1] | $ | 23,606.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | AMERICREDIT FINANCIAL SERVICES, INC. | $ 13,493.02 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | $ 21,456.51 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010A | PITTSBURGH WATER AND SEWER AUTHORITY | $ 1,829.83 | $ 0.00 | $ 0.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000011C | JORDAN TAX SERVICES, INC. | $ 2,773.61 | $ 17,389.43 | $ 17,389.43 | $ 0.00 |
| 000012A | JORDAN TAX SERVICES, INC. | $ 3,881.80 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010B | PITTSBURGH WATER AND SEWER AUTHORITY | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010C | PITTSBURGH WATER AND SEWER AUTHORITY | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010D | PITTSBURGH WATER AND SEWER AUTHORITY | $ 631.46 | $ 1,901.20 | $ 1,901.20 | $ 0.00 |
| 000011A | JORDAN TAX SERVICES, INC. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011B | JORDAN TAX SERVICES, INC. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 23,606.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Trustee Expenses: Natalie Lutz Cardiello, Esquire | $ 245.97 | $ 0.00 | $ 245.97 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 1,575.00 | $ 0.00 | $ 1,575.00 |
| Accountant for Trustee Fees: Bononi & Company, P.C. | $ 525.00 | $ 0.00 | $ 525.00 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 188.00 | $ 0.00 | $ 188.00 |

Total to be paid for chapter 7 administrative expenses $ 7,783.97

Remaining Balance $ 15,822.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): LAWRENCE W. WILLIS | $ 8,052.20 | $ 0.00 | $ 8,052.20 |

Total to be paid for prior chapter administrative expenses $ 8,052.20

Remaining Balance $ 7,769.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 663.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 663.80 | $ 0.00 | $ 663.80 |

Total to be paid to priority creditors $ 663.80

Remaining Balance $ 7,106.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,284.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 85.8 percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CLEARVIEW FCU | $ 705.62 | $ 0.00 | $ 605.23 |
| 000002 | CLEARVIEW FCU | $ 3,632.09 | $ 0.00 | $ 3,115.32 |
| 000004 | ECMC | $ 1,404.93 | $ 0.00 | $ 1,205.04 |
| 000006 | UPMC HEALTH SERVICES | $ 734.18 | $ 0.00 | $ 629.72 |
| 000007 | UPMC PHYSICIAN SERVICES | $ 811.79 | $ 0.00 | $ 696.29 |
| 000008 | DUQUESNE LIGHT | $ 996.30 | $ 0.00 | $ 854.55 |

Total to be paid to timely general unsecured creditors $ 7,106.15

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 15,078.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | US DEPARTMENT OF EDUCATION | $ 15,078.11 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 166.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 166.54 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00

Prepared By: /s/ Natalie Lutz Cardiello

*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-24544-GLT

Andrea Watson-Lindsey Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4

Date Rcvd: Aug 31, 2022 Form ID: pdf900 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea Watson-Lindsey, 2541 Allequippa Street, Pittsburgh, PA 15213-2308 |
| r | + | Kevin Shaner, EXP Realty, LLC, 1653 McFarland Road, Pittsburgh, PA 15216-1810 |
| 15176258 | + | Carnegie Library of Pittsburgh, C/O Jordan Tax, PO Box 200, Bethel Park, PA 15102-0200 |
| 15176259 | + | City Of Pittsburgh, C/O Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 15176261 | + | County of Allegheny, C/O Jordan Tax Service, Inc., PO Box 200, Bethel Park, PA 15102-0200 |
| 15441453 | + | LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH PA 15235-5407 |
| 15176264 | + | PGH20, 1200 Penn Avenue, Pittsburgh, PA 15222-4207 |
| 15162068 | + | Pheaa, Pob 61017, Harrisburg, PA 17106-1017 |
| 15176266 | + | Pittsburgh School District, C/O Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 15162071 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 31 2022 23:50:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 31 2022 23:50:00 | City and School District of Pittsburgh, 437 Grant Street 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 31 2022 23:50:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| acc | + | Email/Text: eric@bononilaw.com | Aug 31 2022 23:50:00 | Eric E. Bononi, Bononi and Bononi, P.C., 20 North Pennsylvania Avenue, Suite 201, Greensburg, PA 15601-2337 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 31 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Aug 31 2022 23:50:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 31 2022 23:50:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 15172246 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 31 2022 23:50:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15162061 | + | Email/Text: bncnotifications@pheaa.org | Aug 31 2022 23:50:00 | Aes/pnc Bank, Pob 61047, Harrisburg, PA |

| | | | |
|---|---|---|---|
| | | | 17106-1047 |
| 15162062 | + Email/Text: ally@ebn.phinsolutions.com | Aug 31 2022 23:50:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15162063 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 31 2022 23:50:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1839 |
| 15195214 | + Email/Text: ebnjts@grblaw.com | Aug 31 2022 23:50:00 | City of Pittsburgh & School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15162064 | + Email/Text: bankruptcy@clearviewfcu.org | Aug 31 2022 23:51:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15195211 | + Email/Text: ebnjts@grblaw.com | Aug 31 2022 23:50:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15188666 | + Email/Text: kburkley@bernsteinlaw.com | Aug 31 2022 23:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15219936 | Email/Text: ECMCBKNotices@ecmc.org | Aug 31 2022 23:50:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15302463 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2022 23:50:00 | Federal National Mortgage Association, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 15190415 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 31 2022 23:50:00 | Federal National Mortgage Association, et al, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 15162065 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 31 2022 23:50:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15162066 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 31 2022 23:50:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15162067 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 31 2022 23:46:40 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 15172911 | + Email/Text: bncnotifications@pheaa.org | Aug 31 2022 23:50:00 | PHEAA, PO BOX 8147, HARRSBURG PA 17105-8147 |
| 15162069 | Email/Text: banko@preferredcredit.com | Aug 31 2022 23:50:00 | Preferred Cr, Pob 1679, St Cloud, MN 56302 |
| 15178126 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15194223 | + Email/Text: ebnpwsa@grblaw.com | Aug 31 2022 23:50:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15162070 | Email/Text: philadelphia.bnc@ssa.gov | Aug 31 2022 23:51:00 | Soc Sec Admin Office O, 155-10 Jamaica Ave, Jamaica, NY 11432 |
| 15184728 | ^ MEBN | Aug 31 2022 23:45:18 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15185280 | ^ MEBN | Aug 31 2022 23:45:15 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15455563 | Email/Text: EDBKNotices@ecmc.org | Aug 31 2022 23:50:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 15162072 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 31 2022 23:50:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing |
| cr | | Bayview Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | Federal National Mortgage Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15172360 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15176255 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15176256 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15176257 | *+ | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1839 |
| 15176260 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15176262 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15176263 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15176267 | *P++ | PREFERRED CREDIT INC, 628 ROOSEVELT ROAD SUITE #100, SAINT CLOUD MN 56301-4867, address filed with court:, Preferred Cr, Pob 1679, St Cloud, MN 56302 |
| 15176265 | *+ | Pheaa, Pob 61017, Harrisburg, PA 17106-1017 |
| 15176268 | * | Soc Sec Admin Office O, 155-10 Jamaica Ave, Jamaica, NY 11432 |
| 15176269 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 4 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |

Jeffrey R. Hunt
on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lawrence W. Willis
on behalf of Debtor Andrea Watson-Lindsey ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lorraine Gazzara Doyle
on behalf of Creditor Bayview Loan Servicing lorraine@mvrlaw.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Maria Miksich
on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com

Natalie Lutz Cardiello
on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
on behalf of Accountant Eric E. Bononi ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig
on behalf of Creditor Americredit Financial Services Inc. Dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 17