# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24544-GLT |
| | : | Chapter 7 |
| ANDREA WATSON-LINDSEY | : | |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Applicant | : | |
| Vs | : | |
| No Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
**Chapter 7 Trustee's Final Report, Application for Compensation, Application(s) for Compensation of Professional(s), and Notice of Trustee's Final Report and Application for Compensation and Deadline to Object**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Chapter 7 Trustee's Final Report** filed on August 27, 2022, and the **Application for Compensation, Application(s) for Compensation of Professional(s)** and **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object** filed on August 31, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Notice and Applications appears thereon. Pursuant to the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object**, objections to the Notice and Applications were to be filed and served no later than **September 26, 2022**.

It is hereby respectfully requested that the Orders filed in connection with the Trustee's Final Report, including the Application(s) for Compensation filed in connection therewith, be entered by the Court.

Dated: September 27, 2022        By:    */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
PA I.D. #51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043