FILED
9/29/22 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 19-24544-GLT |
| **ANDREA WATSON-LINDSEY** | : | |
| | : | Chapter 7 |
| *Debtor(s)* | : | |
| Eric E. Bononi, CPA | : | Related to Doc. No. __164__ |
| Applicant | : | |
| vs | : | |
| No Respondents | : | |

ORDER APPROVING FINAL COMPENSATION
AND EXPENSES OF TRUSTEE'S ACCOUNTANT

AND NOW, this __29th__ day of __September__, 20__22__, upon consideration of the application filed by Eric E. Bononi, CPA, the accountant for the Chapter 7 Trustee in the above-captioned bankruptcy case, it appearing that the Applicant's employment has been approved by this Court, that Applicant has no interest adverse to the interest of the Estate, that Applicant has rendered valuable services to the Estate, and that the sum of $525.00 is reasonable compensation for the services of Applicant and that the sum of $0.00 is reasonable for expenses,

IT IS HEREBY ORDERED that the Application of Eric E. Bononi, CPA for Allowance of Final Compensation and Expenses is approved in the amount of $525.00 as compensation and $0.00 as expenses, and that such sums shall be paid by the Chapter 7 Trustee as part of her distribution of the estate proceeds as allowed by Section 330 of the United States Bankruptcy Code.

BY THE COURT:

Prepared by: Natalie Cardiello, Esq.
DEFAULT ENTRY
Dated: 9/29/22

_____
GREGORY L. TADDONIO, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrea Watson-Lindsey  
    Debtor

Case No. 19-24544-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrea Watson-Lindsey, 2541 Allequippa Street, Pittsburgh, PA 15213-2308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| acc | + Email/Text: eric@bononilaw.com | Sep 29 2022 23:34:00 | Eric E. Bononi, Bononi and Bononi, P.C., 20 North Pennsylvania Avenue, Suite 201, Greensburg, PA 15601-2337 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Denise Carlon
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lawrence W. Willis
    on behalf of Debtor Andrea Watson-Lindsey ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lorraine Gazzara Doyle
    on behalf of Creditor Bayview Loan Servicing ldoyle@logs.com  diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
    on behalf of Accountant Eric E. Bononi ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Americredit Financial Services  Inc. Dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 17