FILED
9/29/22 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-24544-GLT |
| | : | |
| **ANDREA WATSON-LINDSEY** | : | Chapter 7 |
| | : | |
| *Debtor(s)* | : | Doc. No._____ |
| | : | |
| Natalie Lutz Cardiello | : | Related to Doc. No. 161 |
| | : | |
| Applicant | : | |
| | : | |
| vs | : | |
| | : | |
| No Respondents | : | |

## ORDER OF DISTRIBUTION

    Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Natalie Lutz Cardiello, Esquire, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution.  In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

Prepared by:  Natalie Lutz Cardiello, Esquire

Dated:  September 29, 2022

GREGORY TADDONIO hct
CHIEF UNITED STATES BANKRUPTCY JUDGE

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-24544 GLT
Case Name: WATSON-LINDSEY, ANDREA
Trustee Name: Natalie Lutz Cardiello, Esquire

Balance on hand $ 23,606.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | AMERICREDIT FINANCIAL SERVICES, INC. | $ 13,493.02 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | $ 21,456.51 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010A | PITTSBURGH WATER AND SEWER AUTHORITY | $ 1,829.83 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011C | JORDAN TAX SERVICES, INC. | $ 2,773.61 | $ 17,389.43 | $ 17,389.43 | $ 0.00 |
| 000012A | JORDAN TAX SERVICES, INC. | $ 3,881.80 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010B | PITTSBURGH WATER AND SEWER AUTHORITY | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010C | PITTSBURGH WATER AND SEWER AUTHORITY | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010D | PITTSBURGH WATER AND SEWER AUTHORITY | $ 631.46 | $ 1,901.20 | $ 1,901.20 | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000011A | JORDAN TAX SERVICES, INC. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011B | JORDAN TAX SERVICES, INC. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 23,606.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Trustee Expenses: Natalie Lutz Cardiello, Esquire | $ 245.97 | $ 0.00 | $ 245.97 |
| Attorney for Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 1,575.00 | $ 0.00 | $ 1,575.00 |
| Accountant for Trustee Fees: Bononi & Company, P.C. | $ 525.00 | $ 0.00 | $ 525.00 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 188.00 | $ 0.00 | $ 188.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,783.97 |
| Remaining Balance | $ 15,822.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): LAWRENCE W. WILLIS | $ 8,052.20 | $ 0.00 | $ 8,052.20 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 8,052.20 |

Remaining Balance                                        $         7,769.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 663.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 663.80 | $ 0.00 | $ 663.80 |

Total to be paid to priority creditors                   $           663.80

Remaining Balance                                        $         7,106.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,284.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 85.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CLEARVIEW FCU | $ 705.62 | $ 0.00 | $ 605.23 |
| 000002 | CLEARVIEW FCU | $ 3,632.09 | $ 0.00 | $ 3,115.32 |
| 000004 | ECMC | $ 1,404.93 | $ 0.00 | $ 1,205.04 |
| 000006 | UPMC HEALTH SERVICES | $ 734.18 | $ 0.00 | $ 629.72 |
| 000007 | UPMC PHYSICIAN SERVICES | $ 811.79 | $ 0.00 | $ 696.29 |
| 000008 | DUQUESNE LIGHT | $ 996.30 | $ 0.00 | $ 854.55 |

| | Total to be paid to timely general unsecured creditors | $ | 7,106.15 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 15,078.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | US DEPARTMENT OF EDUCATION | $ 15,078.11 | $ 0.00 | $ 0.00 |

| | Total to be paid to tardy general unsecured creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 166.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 166.54 | $ 0.00 | $ 0.00 |

| | Total to be paid to subordinated unsecured creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24544-GLT |
| Andrea Watson-Lindsey | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrea Watson-Lindsey, 2541 Allequippa Street, Pittsburgh, PA 15213-2308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | |
| | on behalf of Debtor Andrea Watson-Lindsey ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lorraine Gazzara Doyle | |
| | on behalf of Creditor Bayview Loan Servicing ldoyle@logs.com  diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Maria Miksich | |
| | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Natalie Lutz Cardiello | |
| | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | |
| | on behalf of Accountant Eric E. Bononi ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | |
| | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| William E. Craig | |
| | on behalf of Creditor Americredit Financial Services  Inc. Dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 17