UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | § | |
| WATSON-LINDSEY, ANDREA, | § | CASE NO. 19-24544 GLT |
| Debtor | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Natalie Lutz Cardiello, Esquire, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 171,294.22                          Assets Exempt: 36,318.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 25,159.38           Claims Discharged
                                                       Without Payment: 25,438.20

Total Expenses of Administration: 19,840.62

3) Total gross receipts of $ 45,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 45,000.00 from the liquidation of

the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 49,708.79 | $ 61,455.66 | $ 36,680.06 | $ 17,389.43 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,788.42 | 11,788.42 | 11,788.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 8,052.20 | 8,052.20 | 8,052.20 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 663.80 | 663.80 | 663.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,758.27 | 23,529.56 | 23,529.56 | 7,106.15 |
| **TOTAL DISBURSEMENTS** | $ 64,467.06 | $ 105,489.64 | $ 80,714.04 | $ 45,000.00 |

4) This case was originally filed under chapter 13 on 11/22/2019, and it was converted to chapter 7 on 10/21/2021. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2022        By:/s/Natalie Lutz Cardiello, Esquire
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 229 AMES STREET, PITTSBURGH PA 15214 | 1110-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carnegie Library of Pittsburgh C/O Jordan Tax PO Box 200 Bethel Park, PA 15102 | | 28.67 | NA | NA | 0.00 |
| | Carnegie Library of Pittsburgh C/O Jordan Tax PO Box 200 Bethel Park, PA 15102 | | 20.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City Of Pittsburgh C/O Jordan Tax Service PO Box 200 Bethel Park, PA 15102 | | 1,504.23 | NA | NA | 0.00 |
| | City Of Pittsburgh C/O Jordan Tax Service PO Box 200 Bethel Park, PA 15102 | | 320.00 | NA | NA | 0.00 |
| | City Of Pittsburgh C/O Jordan Tax Service PO Box 200 Bethel Park, PA 15102 | | 3,143.12 | NA | NA | 0.00 |
| | County of Allegheny C/O Jordan Tax Service, Inc. PO Box 200 Bethel Park, PA 15102 | | 901.33 | NA | NA | 0.00 |
| | County of Allegheny C/O Jordan Tax Service, Inc. PO Box 200 Bethel Park, PA 15102 | | 330.16 | NA | NA | 0.00 |
| | County of Allegheny C/O Jordan Tax Service, Inc. PO Box 200 Bethel Park, PA 15102 | | 824.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pittsburgh School District C/O Jordan Tax Service PO Box 200 Bethel Park, PA 15102 | | 1,390.82 | NA | NA | 0.00 |
| | Pittsburgh School District C/O Jordan Tax Service PO Box 200 Bethel Park, PA 15102 | | 560.00 | NA | NA | 0.00 |
| | Pittsburgh School District C/O Jordan Tax Service PO Box 200 Bethel Park, PA 15102 | | 3,718.40 | NA | NA | 0.00 |
| 000009 | FEDERAL NATIONAL MORTGAGE ASSOCIATI | 4120-000 | 23,661.00 | 21,456.51 | 0.00 | 0.00 |
| 000011A | JORDAN TAX SERVICES, INC. | 4120-000 | NA | 0.00 | 0.00 | 0.00 |
| 000011B | JORDAN TAX SERVICES, INC. | 4120-000 | NA | 0.00 | 0.00 | 0.00 |
| 000011C | JORDAN TAX SERVICES, INC. | 4120-000 | NA | 2,773.61 | 17,389.43 | 0.00 |
| 000012A | JORDAN TAX SERVICES, INC. | 4120-000 | NA | 3,881.80 | 0.00 | 0.00 |
| 000010A | PWSA | 4120-000 | NA | 1,829.83 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010B | PWSA | 4120-000 | NA | 0.00 | 0.00 | 0.00 |
| 000010C | PWSA | 4120-000 | NA | 0.00 | 0.00 | 0.00 |
| 000010D | PWSA | 4120-000 | NA | 631.46 | 1,901.20 | 0.00 |
| 000003 | AMERICREDIT FINANCIAL SERVICES, INC | 4210-000 | 13,307.00 | 13,493.02 | 0.00 | 0.00 |
|  | DELINQUENT TAXES | 4700-000 | NA | 17,389.43 | 17,389.43 | 17,389.43 |
| TOTAL SECURED CLAIMS |  |  | $ 49,708.79 | $ 61,455.66 | $ 36,680.06 | $ 17,389.43 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:NATALIE LUTZ CARDIELLO | 2100-000 | NA | 5,250.00 | 5,250.00 | 5,250.00 |
| TRUSTEE EXPENSES:NATALIE LUTZ CARDIELLO | 2200-000 | NA | 245.97 | 245.97 | 245.97 |
| MUNICIPAL LIENS | 2420-000 | NA | 1,901.20 | 1,901.20 | 1,901.20 |
| ALLEGHENY CO. DEPT OF COURT RECORDS | 2500-000 | NA | 78.00 | 78.00 | 78.00 |
| Axos Bank | 2600-000 | NA | 25.25 | 25.25 | 25.25 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 188.00 | 188.00 | 188.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):NATALIE LUTZ CARDIELLO, ESQ | 3110-000 | NA | 1,575.00 | 1,575.00 | 1,575.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):BONONI & COMPANY, P.C. | 3410-000 | NA | 525.00 | 525.00 | 525.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):EXP REALTY | 3510-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,788.42 | $ 11,788.42 | $ 11,788.42 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): LAWRENCE W. WILLIS | 6210-000 | NA | 8,052.20 | 8,052.20 | 8,052.20 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 8,052.20 | $ 8,052.20 | $ 8,052.20 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | PENNSYLVANIA DEPARTMENT OF REVENUE | 5800-000 | NA | 663.80 | 663.80 | 663.80 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 663.80 | $ 663.80 | $ 663.80 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/pnc Bank Pob 61047 Harrisburg, PA 17106 | | 0.00 | NA | NA | 0.00 |
| | Ally Financial P.o. Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | First Natl Bk Of Pa 4140 E State St Hermitage, PA 16148 | | 0.00 | NA | NA | 0.00 |
| | PGH20 1200 Penn Avenue Pittsburgh, PA 15222 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Preferred Cr Pob 1679 St Cloud, MN 56302 | | 0.00 | NA | NA | 0.00 |
| | Soc Sec Admin Office O 155-10 Jamaica Ave Jamaica, NY 11432 | | 0.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 5609 Greenville, TX 75403 | | 9,014.79 | NA | NA | 0.00 |
| 000001 | CLEARVIEW FEDERAL CU | 7100-000 | 705.62 | 705.62 | 705.62 | 605.23 |
| 000002 | CLEARVIEW FEDERAL CU | 7100-000 | 3,632.93 | 3,632.09 | 3,632.09 | 3,115.32 |
| 000008 | DUQUESNE LIGHT | 7100-000 | NA | 996.30 | 996.30 | 854.55 |
| 000004 | ECMC | 7100-000 | 1,404.93 | 1,404.93 | 1,404.93 | 1,205.04 |
| 000006 | UPMC HEALTH SERVICES | 7100-000 | NA | 734.18 | 734.18 | 629.72 |
| 000007 | UPMC PHYSICIAN SERVICES | 7100-000 | NA | 811.79 | 811.79 | 696.29 |
| 000014 | US DEPARTMENT OF EDUCATION | 7200-000 | NA | 15,078.11 | 15,078.11 | 0.00 |
| 000005B | PENNSYLVANIA DEPARTMENT OF REVENUE | 7300-000 | NA | 166.54 | 166.54 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 14,758.27 | $ 23,529.56 | $ 23,529.56 | $ 7,106.15 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 19-24544   GLT   Judge: GREGORY L. TADDONIO | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | WATSON-LINDSEY, ANDREA | Date Filed (f) or Converted (c): | 10/21/21 (c) |
|  |  | 341(a) Meeting Date: | 12/13/21 |
| For Period Ending: | 12/16/22 | Claims Bar Date: | 12/30/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2541 ALLEQUIPPA STREET, PITTSBURGH PA 15213 | 65,000.00 | 0.00 |  | 0.00 | FA |
| 2. 2538 ALLEQUIPPA STREET PITTSBURGH PA 15213 | 99,000.00 | 0.00 |  | 0.00 | FA |
| 3. 1306 GIFFORD STREET PITTSBURGH PA 15214 | 34,900.00 | 0.00 |  | 0.00 | FA |
| 4. 229 AMES STREET, PITTSBURGH PA 15214 | 65,000.00 | 23,631.37 |  | 45,000.00 | FA |
| 5. 2015 NISSAN ALTIMA    Surrendered in chapter 13 case | 0.00 | 0.00 |  | 0.00 | FA |
| 6. HOUSEHOLD GOODS & FURNISHINGS | 2,000.00 | 0.00 |  | 0.00 | FA |
| 7. ELECTRONICS | 500.00 | 0.00 |  | 0.00 | FA |
| 8. CLOTHING | 500.00 | 0.00 |  | 0.00 | FA |
| 9. JEWELRY | 500.00 | 0.00 |  | 0.00 | FA |
| 10. CASH | 9.89 | 0.00 |  | 0.00 | FA |
| 11. WESTBANCO CHECKING | 1,102.33 | 0.00 |  | 0.00 | FA |
| 12. WESTBANCO SAVINGS | 100.00 | 0.00 |  | 0.00 | FA |
| 13. UPMC 403(b) | 4,000.00 | 0.00 |  | 0.00 | FA |
| 14. TERM LIFE INSURANCE THROUGH EMPLOYER | 0.00 | 0.00 |  | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $272,612.22 | $23,631.37 |  | $45,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/31/22     Current Projected Date of Final Report (TFR): 07/31/22

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 22.07d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 19-24544 -GLT | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | WATSON-LINDSEY, ANDREA | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0406 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5948 | | |
| For Period Ending: | 12/16/22 | Blanket Bond (per case limit): | $ 8,856,594.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/22 | 4 | PV SETTLEMENT, LLC ESCROW ACCOUNT (SIMMER & SIMMER, LLC | NET SETTLEMENT PROCEEDS | | 23,631.37 | | 23,631.37 |
| | | | Memo Amount: 45,000.00 CONTRACT SALES PRICE APROVED AT DOC # 146 | 1110-000 | | | |
| | | EXP REALTY | Memo Amount: ( 2,000.00 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | | Memo Amount: ( 1,901.20 ) MUNICIPAL LIENS | 2420-000 | | | |
| | | | Memo Amount: ( 17,389.43 ) DELINQUENT TAXES | 4700-000 | | | |
| | | ALLEGHENY CO. DEPT OF COURT RECORDS | Memo Amount: ( 78.00 ) SATISFACTION FEE | 2500-000 | | | |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 25.25 | 23,606.12 |
| 10/17/22 | | CLERK, U.S. BANKRUPTCY COURT 600 Grant Street 54th Floor Pittsburgh, PA 15219 | | 2700-000 | | 188.00 | 23,418.12 |
| 10/17/22 | 070001 | Natalie Lutz Cardiello 107 Huron Drive Carnegie, PA 15106 | Trustee Compensation | 2100-000 | | 5,250.00 | 18,168.12 |
| 10/17/22 | 070002 | Natalie Lutz Cardiello 107 Huron Drive Carnegie, PA 15106 | Trustee Expenses | 2200-000 | | 245.97 | 17,922.15 |
| 10/17/22 | 070003 | Natalie Lutz Cardiello, Esquire 107 Huron Drive Carnegie, PA 15106 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,575.00 | 16,347.15 |

Page Subtotals            23,631.37        7,284.22

Ver: 22.07d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 19-24544 -GLT | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | WATSON-LINDSEY, ANDREA | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0406  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5948 |  |  |
| For Period Ending: | 12/16/22 | Blanket Bond (per case limit): | $ 8,856,594.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/17/22 | 070004 | Bononi & Company, P.C.<br>20 N. Pennsylvania Avenue<br>Greensburg, PA 15601 | Accountant for Trustee Fees (Other | 3410-004 |  | 525.00 | 15,822.15 |
| 10/17/22 | 070005 | LAWRENCE W. WILLIS<br>WILLIS & ASSOCIATES<br>201 PENN CENTER BOULEVARD<br>SUITE 310<br>PITTSBURGH, PA 15235 | Claim 000013, Payment 100.00000% | 6210-000 |  | 8,052.20 | 7,769.95 |
| 10/17/22 | 070006 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim 000005A, Payment 100.00000% | 5800-000 |  | 663.80 | 7,106.15 |
| 10/17/22 | 070007 | CLEARVIEW FCU<br>8805 UNIVERSITY BLVD<br>CORAOPOLIS, PA 15108 | Claim 000001, Payment 85.77280% | 7100-000 |  | 605.23 | 6,500.92 |
| 10/17/22 | 070008 | CLEARVIEW FCU<br>8805 UNIVERSITY BLVD<br>CORAOPOLIS, PA 15108 | Claim 000002, Payment 85.77210% | 7100-000 |  | 3,115.32 | 3,385.60 |
| 10/17/22 | 070009 | ECMC<br>LOCKBOX #8682<br>PO BOX 16478<br>ST. PAUL, MN 55116-0478 | Claim 000004, Payment 85.77224% | 7100-000 |  | 1,205.04 | 2,180.56 |
| 10/17/22 | 070010 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Claim 000006, Payment 85.77188% | 7100-000 |  | 629.72 | 1,550.84 |
| 10/17/22 | 070011 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Claim 000007, Payment 85.77218% | 7100-000 |  | 696.29 | 854.55 |
| 10/17/22 | 070012 | DUQUESNE LIGHT<br>C/O TARA R. PFEIFER | Claim 000008, Payment 85.77236% | 7100-000 |  | 854.55 | 0.00 |

Page Subtotals    0.00    16,347.15

Ver: 22.07d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-24544 -GLT | | Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Case Name: | WATSON-LINDSEY, ANDREA | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0406  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5948 | | | |
| For Period Ending: | 12/16/22 | | Blanket Bond (per case limit): | $ 8,856,594.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/21/22 | 070004 | 411 SEVENTH AVE., MAIL DROP 16-1 PITTSBURGH, PA 15219 Bononi & Company, P.C. 20 N. Pennsylvania Avenue Greensburg, PA 15601 | Stop Payment Reversal STOP PAYMENT | 3410-004 | | -525.00 | 525.00 |
| 11/22/22 | 070013 | Bononi & Company, P.C. 20 N. Pennsylvania Avenue Greensburg, PA 15601 | Accountant for Trustee Fees (Other Replaces Check No. 70004 | 3410-000 | | 525.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 45,000.00 | COLUMN TOTALS | | 23,631.37 | 23,631.37 | 0.00 |
| Memo Allocation Disbursements: | 21,368.63 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 23,631.37 | 23,631.37 | |
| Memo Allocation Net: | 23,631.37 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 23,631.37 | 23,631.37 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 45,000.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 21,368.63 | Checking Account (Non-Interest Earn - *******0406 | | 23,631.37 | 23,631.37 | 0.00 |
| Total Memo Allocation Net: | 23,631.37 | | | 23,631.37 | 23,631.37 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 22.07d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*